IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR ST. JOHNS COUNTY, FLORIDA

BAGBY INVESTMENT PROPERTIES, LLC,
aao SYNOVUS FINANCIAL CORP.

    Plaintiff,

v.  CASE NO.:

GREAT AMERICAN ASSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, BAGBY INVESTMENT PROPERTIES, LLC, as assignee of SYNOVUS FINANCIAL CORPORATION ("Plaintiff"), by and through the undersigned attorney, hereby sues Defendant, GREAT AMERICAN ASSURANCE COMPANY ("Defendant"), and alleges:

### JURISDICTION, VENUE, AND PARTIES

1. This is an action for damages in excess of Thirty Thousand Dollars and Zero Cents ($30,000.00) exclusive of interest, attorneys' fees, and costs.

2. Venue is proper in St. Johns County, Florida as the subject property, as well as the facts and circumstances which give rise to the cause of action asserted herein all occurred in St. Johns County, Florida.

3. Plaintiff was, and is, a limited liability company licensed to do business in the State of Florida and is doing business in St. Johns County, Florida, and is otherwise *sui juris*.

4. Defendant was and is a corporation licensed to do business in the State of Florida and is doing business in St. Johns County, Florida.

5. Plaintiff has performed all conditions precedent, or such conditions have occurred.

## GENERAL ALLEGATIONS

6. Plaintiff incorporates and realleges the allegations of paragraphs 1 through 5 of this Complaint, as if fully set forth herein.

7. The Plaintiff is the owner of that certain real property located at 2773 South Ponte Vedra Boulevard, Ponte Vedra Beach, Florida 32082 (the "Property").

8. The Property is subject to a mortgage lien held by Synovus Financial Corp. ("Synovus").

9. Synovus obtained an insurance policy to cover the Property against *inter alia* loss due to windstorm.

10. Defendant issued a policy of insurance providing windstorm coverage for the Plaintiff's Property, bearing Master Policy Number 2512283 (the "Policy"). A complete certified copy of the Policy is attached hereto as Exhibit "A" and incorporated herein by reference.

11. Plaintiff brings this action pursuant to an assignment of right to benefits executed by the Insured, Synovus, in favor of the Plaintiff. A true and correct copy of the April 24, 2020, assignment of benefits from Synovus to Plaintiff is attached hereto as Exhibit "B".

12. On or about January 3, 2018, the Property sustained windstorm damage while the Policy was in full force and effect.

13. This storm damage resulted in a total loss to the structure which necessitated demolition of the structure per the county.

14. Synovus timely notified Defendant of the loss and damages.

15. The Defendant has failed to properly cover, adjust, and issue payment for the above-described resulting damages and losses.

16. As a result of the Defendant's failure to properly cover, adjust and issue payment

for the damages to the Property, the Plaintiff has been forced to file this cause of action.

## COUNT I – BREACH OF CONTRACT

17. Plaintiff incorporates and realleges the allegations of paragraphs 1 through 16 of this Complaint, as if fully set forth herein.

18. The Defendant issued a policy of insurance providing benefits to the Plaintiff's Property, which bears master policy number 2512283. The Policy is attached hereto as Exhibit "A".

19. Synovus paid the insurance premiums as required by the Policy and charged Plaintiff's mortgage account.

20. On or about January 3, 2018, the Property sustained windstorm damage while the Policy was in full force and effect.

21. The storm damage resulted in a total loss to the Plaintiff's Property necessitating total demolition of the structure.

22. Synovus timely notified Defendant of the loss and damage.

23. Defendant acknowledged the claim and denied coverage, which is the subject of this action.

24. Defendant materially breached and continues to be in breach of the above-described Policy's loss payment provisions by and through its continued failure to properly cover and issue full payment for the above-described resulting damages and losses to the Plaintiff's Property.

25. Plaintiff had an insurable interest in the safety or preservation of the subject Property at the time of the loss.

26. Synovus executed the April 24, 2020, Assignment of Benefits that assigns to the

Plaintiff all insurance claim rights, benefits and proceeds, including the right to bring and maintain a lawsuit against the Defendant for failure to pay the claim (*see* Ex. "B").

27.     As a direct and proximate result of Defendant's breach referenced above, Plaintiff suffered, and continues to suffer, damages, including but not limited to, the monetary amount needed to repair, restore, remediate and replace the damaged portions of the residential premises, loss of use of the residential premises incurred as a result of Defendant's failure to honor its obligations pursuant to the Policy, including interest on that monetary amount, which are being incurred on an ongoing and continuing basis.

28.     As a result of the Defendant's breach, Plaintiff retained the services of the undersigned firm and Plaintiff is obligated to pay a reasonable fee for legal services.  Pursuant to Fla. Stat. § 627.428, Plaintiff is entitled to recover all attorneys' fees and costs incurred in this action from Defendant.

WHEREFORE, the Plaintiff, BAGBY INVESTMENT PROPERTIES, LLC, as assignee of SYNOVUS FINANCIAL CORPORATION, by and through the undersigned counsel, demands judgment against Defendant, GREAT AMERICAN ASSURANCE COMPANY, for all damages with interest on any overdue payments pursuant to Fla. Stat. § 55.03 and Fla. Stat. § 627.70131, costs pursuant to Fla. Stat. § 57.041, attorney fees pursuant to Fla. Stat. § 627.428 or § 626.9373, and for all other remedies the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted on January 26, 2022.

**DAVID GRAHAM INSURANCE LAWYERS, P.A.**


*s/ Thomas Eross Jr.*
Thomas Eross Jr., Esq.
Florida Bar No. 91047
DAVID GRAHAM INSURANCE LAWYERS, P.A.
210 E. Forsyth St.
Jacksonville, FL 32202
Phone: (386) 454-5677
Fax: (904) 758-0584
Primary: teross@dginslaw.com
Secondary: adi@dginslaw.com
Attorney for Plaintiff