UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BAGBY INVESTMENT
PROPERTIES, LLC A/A/O
SYNOVUS FINANCIAL CORP.,

    Plaintiff,

v.                                          Case No. 3:22-cv-226-BJD-JBT

GREAT AMERICAN ASSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 14; Stipulation) filed on August 15, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of August, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record